```
BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JESSY AVERHARDT, et al.,<br><br>　　　　　Defendants. | CR. No. 2:09-CR-013-LKK<br><br>ORDER CONTINUING STATUS CONFERENCE DATE EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

　　　The parties appeared before the court on July 27, 2010. Defendants Jessy Averhardt and Warren Shortt are in receipt of the government's plea offers in the case. Each of their respective counsels needs additional time to review the plea agreements with the client and to determine whether the case can resolve prior to trial. Attorneys for defendants Averhart and Stanley Shortt joined in the request and each defendant expressly waived time under the Speedy Trial Act. The United States, through Assistant U.S. Attorney Mary L. Grad and the defendants Jessy Averhardt and Warren Shortt, through their respective counsels of record, agreed that **August 31, 2010 at 9:15 a.m.** was an appropriate date to which the status conference

should be continued.  Counsel for the government will inform the court prior to that date whether either of both defendants will enter a guilty plea at that time.  The parties further agreed that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(B)(iv) (local code T-4) and time, therefore, will be excluded from July 27, 2010 through August 31, 2010.

SO ORDERED.

Date: July 29, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT