```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
970 Reserve Drive, Suite 153
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
WARREN SHORTT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S-09-013 |
| | ) | |
| Plaintiff, | ) | STIPULATION; ORDER |
| | ) | |
| v. | ) | Date: August 31, 2010 |
| | ) | Time: 9:15 a.m. |
| WARREN SHORTT, | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Defendant, WARREN SHORTT, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Mary Grad, agree as follows:

    It is hereby stipulated that the status conference currently set for August 31, 2010 be vacated and a new status conference is to be scheduled on September 14th, 2010 at 9:15 a.m.

    It is further stipulated and agreed between the parties that

1

1   the time under the Speedy Trial Act should be excluded from today's
2   date to September 14th, 2010, under Local Code T4, Title 18, United
3   States Code section 3161(h)(7)(B)(iv).  The request for additional
4   time is to give counsel time to investigate the case, and to
5   adequately prepare.

7   Dated: <u>August 29th, 2010</u>
                                            Respectfully submitted,

                                            /s/ Christopher Haydn-Myer
                                            _____
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
                                            Warren Shortt

12  DATED: <u>August 29th, 2010</u>        BENJAMIN B. WAGNER
                                            United States Attorney

                                            <u>/S/ Christopher Haydn-Myer for</u>
                                            Mary Grad
                                            Assistant U.S. Attorney

17                                **ORDER**

18  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
19  currently set for August 31, 2010 be vacated and a new status
20  conference is to be scheduled on September 14th, 2010 at 9:15 a.m.,
21  and that the time under the Speedy Trial Act should be excluded from
22  today's date to September 14th, 2010, under Local Code T4, Title 18,
23  United States Code section 3161(h)(7)(B)(iv).

25  Dated: September 3, 2010

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

2