PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WARREN SHORTT,<br><br>　　　　　　　　Defendant. | CASE NO. 2:09-CR-13-JAM<br><br>**AMENDED STIPULATION AND ORDER CONTINUING ADMIT/DENY HEARING** |

　　　Plaintiff United States of America, by and through its counsel of record, and Defendant Warren Shortt, by and through his counsel and record, hereby stipulate as follows:

　　　1.　By previous order an admit/deny hearing in this matter was scheduled for December 14, 2021.

　　　2.　By this amended stipulation, the parties now move to continue the dispositional hearing to March 1, 2022 at 9:30 am. Counsel for the defendant represents that additional time is needed to discuss the issues in the case, review documents, and prepare.

　　　IT IS SO STIPULATED.

**Amended Stipulation and Order for Continuance**

| | |
|---|---|
| Dated: December 9, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant United States Attorney |
| Dated: December 9, 2021 | /s/ DINA SANTOS<br>DINA SANTOS<br>Counsel for Defendant<br>WARREN SHORTT |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 9th day of December, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**Amended Stipulation and Order for Continuance**